FILED IN OPEN COURT
3.6.12
CLERK, U.S. DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE, FLORIDA

# UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
## JACKSONVILLE DIVISION

UNITED STATES OF AMERICA

vs.   CASE NO. 3:12-cr-19-J-25MCR

RUEL ALEXANDER BROWN

---

### NOTICE OF ACCEPTANCE OF GENERAL DISCOVERY

Defendant, RUEL ALEXANDER BROWN, by and through his undersigned counsel, hereby gives notice of his acceptance of general discovery pursuant to the Court's Standing Order regarding discovery.

By: _____
Attorney for Defendant

### CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a copy of the foregoing has been furnished to Mac Heavener, Assistant United States Attorney, 300 North Hogan Street, Suite 7-100, Jacksonville, Florida 32202-4270, by hand, this 5th day of March, 2012.

_____
Attorney