FILED
APR 19 2012
CLERK, U.S. DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE, FLORIDA

UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

UNITED STATES OF AMERICA

v.

RUEL ALEXANDER BROWN
a/k/a "King David"
SHANNON MARIE BURNEY

| | |
|---|---|
| CASE NO. | 3:12-cr-19(S1)-J-25MCR |
| Ct. 1: | 18 U.S.C. §§ 1591 & 1594(c) |
| Cts. 2,4,7,8,9: | 18 U.S.C. §§ 1591 & 2 |
| Cts. 3,5,6,10: | 18 U.S.C. § 2423(a) |
| Ct. 11: | 18 U.S.C. § 1001 |
| Forfeiture: | 18 U.S.C. § 1594 |

## SUPERSEDING INDICTMENT

The Grand Jury charges:

### COUNT ONE

Between in or about February 2010 through on or about March 9, 2012, at Jacksonville, Daytona Beach, and Orlando in the Middle District of Florida, the Southern District of Florida, the Northern District of Florida, Alabama, Delaware, the District of Columbia, Georgia, Indiana, Kentucky, Louisiana, Maryland, Massachusetts, Mississippi, New Jersey, North Carolina, South Carolina, Tennessee, Texas, Virginia, and elsewhere, the defendants,

RUEL ALEXANDER BROWN,
a/k/a "King David" and
SHANNON MARIE BURNEY,

did knowingly combine, conspire, confederate and agree with each other and with others who are known and unknown to the grand jury to commit the offenses of (a) sex trafficking by means of force, threats of force, fraud and coercion in violation of Title 18, United States Code, Section 1591; and (b) sex trafficking of a minor in

violation of Title 18, United States Code, Section 1591.

It was part of the conspiracy that the defendants would perform acts and make statements to hide and conceal and cause to be hidden and concealed the purpose of the conspiracy and the acts committed in furtherance thereof.

In violation of Title 18, United States Code, Section 1594(c).

**COUNT TWO**

Between October 2002, and on or about May 8, 2005, at Orange County in the Middle District of Florida, the Southern District of Florida, South Carolina, Georgia, the District of Columbia, Delaware, Louisiana, Mississippi, Massachusetts, Arizona, Nevada, New Jersey, California, and elsewhere, the defendants,

RUEL ALEXANDER BROWN,
a/k/a "King David"
and SHANNON MARIE BURNEY,

in and affecting interstate commerce, did knowingly recruit, entice, harbor, transport, provide, and obtain; cause the recruiting, enticing, harboring, transporting, providing, and obtaining; and aid and abet each other in the recruiting, enticing, harboring, transporting, providing and obtaining a person, that is, a female whose initials are M.G. and who also used alias names with the initials T.G. and L.G., while knowing that force, fraud, and coercion would be used to cause M.G. to engage in a commercial sex act; and while knowing that M.G. had not attained the age of eighteen (18) years and would be caused to engage in a commercial sex act.

All in violation of Title 18, United States Code, Sections 1591 and 2.

**COUNT THREE**

On a presently unknown date between October 2002 and on or about February 20, 2003, in Nassau, Duval, St. Johns, Volusia, Seminole and Orange Counties in the Middle District of Florida, the District of Columbia, Virginia, North Carolina, South Carolina, Georgia, and elsewhere, the defendant,

RUEL ALEXANDER BROWN,
a/k/a "King David,"

knowingly did transport an individual, that is, a female whose initials are M.G. and who also used alias names with the initials T.G. and L.G., who had not attained the age of eighteen (18) years in interstate commerce from the District of Columbia to Florida, with the intent that M.G. engage in prostitution and in sexual activity for which any person can be charged with a criminal offense under the laws of the State of Florida, that is, sections 794.05(1), 800.04(4), 800.04(5), 800.04(6), and 800.04(7), Florida Statutes.

All in violation of Title 18, United States Code, Section 2423(a).

**COUNT FOUR**

Between November 2006, and on or about August 22, 2008, at Orange County, the Middle District of Florida, South Carolina, Texas, Maryland, Washington, D.C., and elsewhere, the defendants,

RUEL ALEXANDER BROWN,
a/k/a "King David"
and SHANNON MARIE BURNEY,

in and affecting interstate commerce, did knowingly recruit, entice, harbor, transport,

provide, and obtain; cause the recruiting, enticing, harboring, transporting, providing, and obtaining; and aid and abet each other in the recruiting, enticing, harboring, transporting, providing and obtaining a person, that is, a female whose initials are T.C. and who also used an alias name with the initials R.R., while knowing that force, fraud, and coercion would be used to cause T.C. to engage in a commercial sex act; and while knowing that T.C. had not attained the age of eighteen (18) years and would be caused to engage in a commercial sex act.

All in violation of Title 18, United States Code, Sections 1591 and 2.

**COUNT FIVE**

On a presently unknown date in November 2006, in Nassau, Duval, St. Johns, Volusia, Seminole and Orange Counties in the Middle District of Florida, South Carolina, Georgia, and elsewhere, the defendant,

RUEL ALEXANDER BROWN,
a/k/a "King David,"

knowingly did transport an individual, that is, a female whose initials are T.C. and who also used an alias name with the initials R.R., who had not attained the age of eighteen (18) years in interstate commerce from South Carolina to Florida, with the intent that T.C. engage in prostitution and in sexual activity for which any person can be charged with a criminal offense under the laws of the State of Florida, that is, sections 794.05(1), 800.04(4), 800.04(5), 800.04(6), and 800.04(7), Florida Statutes.

All in violation of Title 18, United States Code, Section 2423(a).

## COUNT SIX

On a presently unknown date between on or about May 22, 2007, and June 8, 2007, in Nassau, Duval, St. Johns, Volusia, and Brevard Counties in the Middle District of Florida, Maryland, Virginia, North Carolina, South Carolina, Georgia, and elsewhere, the defendant,

RUEL ALEXANDER BROWN,
a/k/a "King David,"

knowingly did transport an individual, that is, a female whose initials are T.C. and who also used an alias name with the initials R.R., who had not attained the age of eighteen (18) years in interstate commerce from Maryland to Florida, with the intent that T.C. engage in prostitution and in sexual activity for which any person can be charged with a criminal offense under the laws of the State of Florida, that is, sections 794.05(1), 800.04(4), 800.04(5), 800.04(6), and 800.04(7), Florida Statutes.

All in violation of Title 18, United States Code, Section 2423(a).

## COUNT SEVEN

Between February 2010, through October 2010, at Orlando in the Middle District of Florida, South Carolina, North Carolina, the District of Columbia, Maryland, and elsewhere, the defendants,

RUEL ALEXANDER BROWN
a/k/a "King David" and
SHANNON MARIE BURNEY,

in and affecting interstate and foreign commerce, did knowingly recruit, entice,

harbor, transport, provide, obtain and maintain by any means; did knowingly cause the recruiting, enticing, harboring, transporting, providing, obtaining and maintaining by any means; and did knowingly aid and abet each other in the recruiting, enticing, harboring, transporting, providing, obtaining and maintaining by any means a person, that is a female whose initials are T.C. and who also used an alias with the initials R.R., while knowing and in reckless disregard of the fact that means of force, threats of force, fraud and coercion would be used to cause that person to engage in a commercial sex act.

All in violation of Title 18, United States Code, Sections 1591 and 2.

**COUNT EIGHT**

Between in or about March 2010, through on or about November 4, 2011, at Jacksonville, Daytona Beach, and Orlando in the Middle District of Florida, the Northern District of Florida, the Southern District of Florida, Alabama, Delaware, the District of Columbia, Georgia, Indiana, Kentucky, Louisiana, Massachusetts, Maryland, Mississippi, New Jersey, North Carolina, South Carolina, Tennessee, Texas, Virginia, and elsewhere, the defendants,

RUEL ALEXANDER BROWN
a/k/a "King David" and
SHANNON MARIE BURNEY,

in and affecting interstate and foreign commerce, did knowingly recruit, entice, harbor, transport, provide, obtain and maintain by any means; did knowingly cause the recruiting, enticing, harboring, transporting, providing, obtaining and maintaining by any means; and did knowingly aid and abet each other in the recruiting, enticing,

harboring, transporting, providing, obtaining and maintaining by any means a person, that is a female whose initials are A.T. and who also used an alias name with the initials S.C., while knowing and in reckless disregard of the fact that means of force, threats of force, fraud and coercion would be used to cause that person to engage in a commercial sex act.

All in violation of Title 18, United States Code, Sections 1591 and 2.

**COUNT NINE**

Between in or about February 2010 through on or about March 9, 2012, at Jacksonville, Daytona Beach, and Orlando in the Middle District of Florida, the Northern District of Florida, the Southern District of Florida, Alabama, Delaware, the District of Columbia, Georgia, Indiana, Kentucky, Louisiana, Massachusetts, Maryland, Mississippi, New Jersey, North Carolina, South Carolina, Tennessee, Texas, Virginia, and elsewhere, the defendants,

RUEL ALEXANDER BROWN
a/k/a "King David" and
SHANNON MARIE BURNEY,

in and affecting interstate and foreign commerce, did knowingly recruit, entice, harbor, transport, provide, obtain and maintain by any means; did knowingly cause the recruiting, enticing, harboring, transporting, providing, obtaining and maintaining by any means; and did knowingly aid and abet each other in the recruiting, enticing, harboring, transporting, providing, obtaining and maintaining by any means a person, that is a female whose initials are B.L. and who also used an alias name with the initials L.G., while knowing and in reckless disregard of the fact that means

of force, threats of force, fraud and coercion would be used to cause that person to engage in a commercial sex act; and while knowing and in reckless disregard of the fact that B.L. had not attained the age of 18 years and would be caused to engage in a commercial sex act.

All in violation of Title 18, United States Code, Sections 1591 and 2.

**COUNT TEN**

On a presently unknown date between March 2010 and on or about September 11, 2010, in Nassau, Duval, St. Johns, Volusia, Seminole and Orange Counties in the Middle District of Florida, South Carolina, Georgia, and elsewhere, the defendant,

RUEL ALEXANDER BROWN,
a/k/a "King David,"

knowingly did transport an individual, that is, a female whose initials are B.L. and who also used an alias name with the initials L.G., who had not attained the age of eighteen (18) years in interstate commerce from South Carolina to Florida, with the intent that B.L. engage in prostitution and in sexual activity for which any person can be charged with a criminal offense under the laws of the State of Florida, that is, sections 794.05(1), 800.04(4), 800.04(5), 800.04(6), and 800.04(7), Florida Statutes.

All in violation of Title 18, United States Code, Section 2423(a).

## COUNT ELEVEN

On or about November 9, 2010, at Jacksonville, in the Middle District of Florida,

SHANNON MARIE BURNEY,

the defendant herein, did knowingly and willfully make false, fictitious and fraudulent material statements and representations in a matter, that is an investigation of offenses under Title 18, United States Code, Section 1591, within the jurisdiction of the Federal Bureau of Investigation, an agency of the United States, by stating that she had been staying at the Red Roof Inn in Jacksonville and that Ruel Brown was not a pimp, which the defendant then knew to be false, fictitious and fraudulent.

In violation of Title 18, United States Code, Section 1001.

## FORFEITURE

1. The allegations contained in Counts One through Eleven Two of this Indictment are hereby realleged and incorporated by reference for the purpose of alleging forfeitures pursuant to Title 18, United States Code, Section 1594.

2. Pursuant to Title 18, United States Code, Section 1594, upon conviction of an offense in violation of Title 18, United States Code, Section 1591, the defendants, RUEL ALEXANDER BROWN and SHANNON MARIE BURNEY, shall forfeit to the United States of America (1) any property, real or personal, used or intended to be used to commit or to facilitate the commission of the offense; and (2) any property, real or personal, constituting or derived from, any proceeds obtained, directly or indirectly, as a result of the offense.

3. If any of the property described above, as a result of any act or omission

of the defendant:

a. cannot be located upon the exercise of due diligence;

b. has been transferred or sold to, or deposited with, a third party;

c. has been placed beyond the jurisdiction of the court;

d. has been substantially diminished in value; or

e. has been commingled with other property which cannot be divided without difficulty,

the United States of America shall be entitled to forfeiture of substitute property pursuant to Title 21, United States Code, Section 853(p), as incorporated by Title 28, United States Code, Section 2461(c).

A TRUE BILL,

M. W. Halloran
Foreperson

ROBERT E. O'NEILL
United States Attorney

By:
MAC D. HEAVENER, III
Assistant United States Attorney
Deputy Chief, Jacksonville Division

By: Juliett Savell
JULIE HACKENBERRY SAVELL
Assistant United States Attorney
Chief, Jacksonville Division

FORM OBD-34
APR 1991

No. 2011-02

**UNITED STATES DISTRICT COURT**
Middle District of Florida
Jacksonville Division

THE UNITED STATES OF AMERICA

vs.

RUEL ALEXANDER BROWN,
a/k/a "King David" and
SHANNON MARIE BURNEY,

**SUPERSEDING INDICTMENT**

Violations:

| | |
|---|---|
| Ct. 1: | 18 U.S.C. §§ 1591 & 1594(c) |
| Cts. 2,4,7,8,9: | 18 U.S.C. §§ 1591 & 2 |
| Cts. 3,5,6,10: | 18 U.S.C. § 2423(a) |
| Ct. 11: | 18 U.S.C. § 1001 |
| Forfeiture: | 18 U.S.C. § 1594 |

A true bill,

M. J. Halloran

Foreperson

Filed in open court this 21st day

of ~~October~~ April

Megan Chaddor

Clerk Deputy

Bail $____________