UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

UNITED STATES OF AMERICA

        v.                    CASE NO.  3:12-cr-19(S2)-J-25MCR

RUEL ALEXANDER BROWN
    a/k/a "King David"
SHANNON MARIE BURNEY

**<u>MOTION FOR PROTECTION</u>**

The United States of America, by Robert E. O'Neill, United States Attorney for the Middle District of Florida, respectfully asks this Court for protection from trial in the above-captioned case for the days September 20 and September 21, 2012.  In support of this motion, the Government states:

1.    The United States Attorney's Office has scheduled an office-wide training and orientation for new Assistant United States Attorneys (nearly twenty (20) new AUSAs hired during the past year) in Tampa, Florida on September 20 and 21.  Both AUSAs assigned to this case are required to attend – the undersigned as a supervisor and AUSA Kelly Karase as one of the new AUSAs.  For that reason, the Government requests protection from trial during the requested dates.

2.    The undersigned has consulted with defense counsel, A. Russell Smith and Donald B. Mairs, and they have no objection to the requested relief.  The Court previously granted protection to Mr. Smith through September 18 (a Tuesday), and the next Monday would be September 24.

WHEREFORE, the Government respectfully requests that the Court grant this

motion or any alternative relief deemed just and proper under the circumstances.

                        Respectfully submitted,

                        ROBERT E. O'NEILL
                        United States Attorney

By:   *s/ Mac D. Heavener, III*
       MAC D. HEAVENER, III
       Assistant United States Attorney
       Florida Bar No. 0896748
       300 North Hogan Street, Suite 700
       Jacksonville, Florida  32202-4270
       Telephone:   (904) 301-6300
       Facsimile:    (904) 301-6310
       E-mail:  mac.heavener@usdoj.gov

**U.S. v. Ruel Alexander Brown, et al.**          Case No. 3:12-cr-19(S2)-J-25MCR

## CERTIFICATE OF SERVICE

I hereby certify that on August 15, 2012, I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system which will send a notice of electronic filing to the following:

>A. Russell Smith Esq.
>Donald B. Mairs, Esq.

>*s/ Mac D. Heavener, III*
>MAC D. HEAVENER, III
>Assistant United States Attorney
>Florida Bar No. 0896748
>300 North Hogan Street, Suite 700
>Jacksonville, Florida  32202-4270
>Telephone:   (904) 301-6300
>Facsimile:    (904) 301-6310
>E-mail:  mac.heavener@usdoj.gov